ORIGINAL

bernadodaitind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00027 |
| Plaintiff, | **INDICTMENT** |
| vs. | **DRUG USER IN POSSESSION OF A FIREARM** |
| BERNADO DAIT, JR., | [18 U.S.C. §§ 922(g)(3) & 924(a)(2) & §2] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about April 21, 2006, in the District of Guam, BERNADO DAIT, JR., the defendant, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did knowingly receive firearms described as follows: Beretta rifle, model CX4STORM, 9 mm caliber, serial number CX04596, Bushmaster Rifle, model XM15-E2S, .223 caliber, serial

//
//

number BFI431318, which had been transported in interstate commerce, in violation of Title 18 United States Code Sections §922(g) and §924(a)(2) and §2.

DATED this 2nd day of August 2006.

A TRUE BILL.

███████████
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney