1 LEONARDO M. RAPADAS
United States Attorney
2 ROSETTA SAN NICOLAS
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
5 Fax: (671) 472-7334
6
7 Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG -2 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00027 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO SEAL RECORD** |
| BERNADO DAIT, JR., | ) | |
| Defendant. | ) | |

Through an application to seal record having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record is sealed.

August 2, 2006
DATE

_James Ware_
James Ware
Designated Judge
District Court of Guam

ORIGINAL