# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

V.

**BERNADO DAIT, JR.**

**WARRANT FOR ARREST**

Case Number: CR-06-00027

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **BERNADO DAIT, JR.**
                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

**DRUG USER IN POSSESSION OF A FIREARM**

in violation of Title    18    United States Code, Section(s)    922(g)(3) & 924(a)(2) & 2

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

/s/ Hernandez
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**August 3, 2006; HAGATNA, GUAM**
Date and Location

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| ATF office in MAITE | |
| DATE RECEIVED: 8/3/06 | NAME AND TITLE OF ARRESTING OFFICER: S/A HOANG M. NGUYEN | SIGNATURE OF ARRESTING OFFICER: Hoang N. |
| DATE OF ARREST: 8/4/06 | | |

ORIGINAL

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  **BERNADO DAIT, JR.**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____