
**FILED**
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>**BERNARDO DAIT, JR.,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 06-00027<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case.

Dated this 4th day of August, 2006.

_____
JAMES WARE, DESIGNATED JUDGE
DISTRICT COURT OF GUAM

ORIGINAL