Erratum.wpd
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARDO DAIT, JR.,<br><br>Defendants. | CRIMINAL CASE NO. <u>06-00027</u><br><br><u>**ERRATUM**</u><br><br>**INDICTMENT, RELATED PLEADINGS; AND ORDERS** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the record in the above styled matter, to reflect the name "<u>BERNARDO</u> DAIT, JR." versus "BERNADO DAIT, JR."

Respectfully submitted this <u>9th</u> day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Rosetta San Nicolas
ROSETTA SAN NICOLAS
Assistant U.S. Attorney