ORIGINAL

1  bernardodaituns

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00027 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION TO UNSEAL RECORD** |
| BERNARDO DAIT, JR., ) | |
| Defendant. ) | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that investigation in this matter is now complete.

Respectfully submitted this 23rd day of August 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: _____
     ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney