LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00027 |
| Plaintiff, ) | |
| vs. ) | **ORDER TO UNSEAL RECORD** |
| BERNARDO DAIT, JR., ) | |
| Defendant. ) | |

Through an application to unseal the record having come before this Court and the Court finding good cause for the issuance of the Order,

IT IS SO ORDERED that this case be unsealed.

DATE: August 24, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**