bernardodaitexpert

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
SEP - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BERNARDO DAIT, JR.,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 06-00027<br><br>**NOTICE OF INTENT TO USE EXPERT TESTIMONY** |

Comes now the United States of America, by and through Rosetta L. San Nicolas, Assistant U.S. Attorney and respectfully provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call Alcohol, Tobacco and Firearm R.A.C. Kraig E. Hankins, as an expert at trial. A copy of Kraig E. Hankins' Curriculum Vitae is attached to this Notice of Expert Testimony. Kraig E. Hankins will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on an examination of the Bushmaster rifle, model CX4STORM, .9 millimeter and the Bushmaster rifle, model XM15-E2S, firearms and ammunition recovered from the defendant on

April 21, 2006. His conclusions and opinions were formulated as a result of the examination of the firearms and ammunition. In addition, Kraig E. Hankins will testify concerning the purpose of weapons examination, the methods and reasons for such, as well as explaining terminology and findings contained within the reports themselves.

Respectfully submitted this 1st day of September 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2