# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00027                    DATE: September 18, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 2:25:51 - 2:45:22
CSO: B. Benavente

**APPEARANCES:**

Defendant: Bernardo Dait, Jr.               Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black           U.S. Agent: Charles Sedbury, A.T.F.
U.S. Probation: Christopher Duenas           U.S. Marshal: G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Pen and ink changes made in the plea agreement.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Drug User in Possession of a Firearm.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 9, 2007 at 9:30 a.m.
- Presentence Report due to the parties: November 10, 2006.
- Presentence Report due to the Court: December 22, 2006.
- Defendant released on personal recognizance bond as previously ordered.

NOTES: