**FILED**

**DISTRICT COURT OF GUAM**

**OCT 1 2 2006** nbd

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT of GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00027 |
| Plaintiff. | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| BERNARDO DAIT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Drug User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before this Court for sentencing on Tuesday, January 9, 2007, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 11th day of October 2006.

_____
JOHN C. COUGHENOUR*
District Judge

---

* The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, sitting by designation.