# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
NOV -9 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**     [ ] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | August 4, 2006 | Date: | |
| By: | James Ware, Designated U.S. District Judge | By: | |

| | | | |
|---|---|---|---|
| Defendant: | DAIT Jr., Bernardo Gagarin | Case Number: | USDC CR. CS. NO. 06-00027-001 |
| Date of Birth: | XX-XX-1974 | Place of Birth: | Manila, Republic of the Philippines |
| SSN: | XXX-XX-5635 | | |

**NOTICE OF COURT ORDER** (Order Date: August 4, 2006)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **120310350** to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---
Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  [ ] Not Convicted - PS40/Passport returned to defendant.
  [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  [ ] Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)