JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BERNARDO GAGARIN DAIT

FILED
DISTRICT COURT OF GUAM
DEC 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00027 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| | ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| BERNARDO GAGARIN DAIT, | ) |
| Defendant. | ) |

Defendant, BERNARDO GAGARIN DAIT, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, December 21, 2006.

JOHN T. GORMAN
Attorney for Defendant
BERNARDO GAGARIN DAIT

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 21, 2006:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, December 21, 2006.

ALEXANDER MODABER
Investigator to

JOHN T. GORMAN
Attorney for Defendant
BERNARDO GAGARIN DAIT