AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Bernardo Dait, Jr.,

    Defendant.

**NOTICE**

CASE NUMBER: 1:06-cr-00027

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | |
| | DATE AND TIME |

TYPE OF PROCEEDING

### *SENTENCING*

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | **Tuesday, January 9, 2007 at 1:00 p.m.** | **Thursday, January 18, 2007 at 8:00 a.m.** |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| January 5, 2007 | Leilani R. Toves Hernandez |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office
       Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service