JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BERNARDO DAIT, JR.

FILED
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 06-00027 |
| Plaintiff, | ) STIPULATION EXTENDING |
| vs. | ) SENTENCING DATE |
| BERNARDO DAIT, JR., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for January 18, 2007 at 8:00 a.m., be continued for approximately three months or a date convenient for the Court's calendar.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 16, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
SEUNG WON LIM

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL