JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
BERNARDO DAIT, JR

FILED
DISTRICT COURT OF GUAM
JAN 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00027 |
| ) | |
| Plaintiff, ) | ORDER re: STIPULATION EXTENDING |
| ) | SENTENCING DATE |
| vs. ) | |
| ) | |
| BERNARDO DAIT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for January 18, 2007 at 8:00 a.m. is hereby continued to April 25, 2007, at 9:30 a.m.

DATED: Hagatna, Guam, January 17, 2007.

Frances M. Tydingco-Gatewood
Chief Judge
District of Guam

ORIGINAL