# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00027-001                                         DATE: April 24, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley               Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 11:10:40 - 11:38:11
CSO: B. Pereda

**APPEARANCES:**
Defendant: Bernardo Dait, Jr.              Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas         U.S. Agent: Charles Sedberry, A.T.F.
U.S. Probation: Carleen Borja              U.S. Marshal: V. Roman / R. Okada
Interpreter:                               Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>1 day, with credit for time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: