PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**          [X] **Notice of Disposition**

Date: **August 4, 2006**          Date: **April 24, 2007**

By: **James Ware**
**Designated U.S. District Judge**

By: **Frances M. Tydingco-Gatewood**
**Chief Judge**

---

Defendant: **DAIT Jr., Bernardo Gagarin**          Case Number: **USDC CR. CS. NO. 06-00027-001**

Date of Birth: **XX-XX-1974**          Place of Birth: **Manila, Republic of the Philippines**

SSN: **XXX-XX-5635**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **August 4, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXXX** to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ✔ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:06-cr-00027   Document 36   Filed 05/01/2007   Page 1 of 1