FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 06-00027-001 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| BERNARDO GAGARIN DAIT, JR. ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXXXX to the defendant, Bernardo Gagarin Dait, Jr. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant was sentenced on April 24, 2007, to one day imprisonment with credit for time served followed by a three year term of supervised release.

Dated this 2nd day of May 2007.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer