1 FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
2 JOHN W. SAN NICOLAS II
U.S. Probation Officer
3 U.S. District Court of Guam
2nd Floor, U.S. Courthouse
4 520 West Soledad Avenue
Hagatna, Guam 96910
5 Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00027-001 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RELEASE PASSPORT** |
| vs. ) | |
| ) | |
| BERNARDO GAGARIN DAIT, JR. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.