# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00027-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| BERNARDO GAGARIN DAIT, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

   On April 24, 2007, Bernardo Gagarin Dait, Jr. was sentenced by the Honorable Frances M. Tydingco-Gatewood for the offense of Drug User in Possession of a Firearm, in violation of 18 U.S.C. §922(g)(3) and 924(a)(2). He received a sentence of one day imprisonment, followed by a three year term of supervised release, with conditions to include that he not commit another federal, state, or local crime; not illegally possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; refrain from any possession and unlawful use of a controlled substance; submit to up to eight drug tests per month; refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether he has reverted to the use of drugs or alcohol; maintain gainful employment; and pay a $100 special assessment fee. Mr. Dait has been on supervised release since April 24, 2007.

   Mr. Dait has requested to travel to Manila, Philippines to undergo a medical check and annual physical examination at St. Luke's Hospital. He plans to depart Guam on October 4, 2007 and return on October 11, 2007.

Request to Travel
Re: DAIT Jr., Bernardo Gagarin
Criminal Case No. 06-00027-001
September 20, 2007
Page 2

      Mr. Dait has generally complied with his conditions of supervised release. He submitted to a DNA sample of his blood on June 6, 2007 and paid his $100 special assessment fee on April 24, 2007. In addition, he is compliant with the drug treatment and testing program, and has tested consistently negative on urinalysis conducted. Mr. Dait has been gainfully employed since January 2007. This Officer supports the travel request and seeks Court approval.

                Respectfully submitted,

                ROSSANNA VILLGOMEZ-AGUON
                Acting Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
                U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File