| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Bernardo G. Dait, Jr.**
Criminal Case No. 06-00027-001
SS# XXX-XX-5635
DOB: XX-XX-1974
HT: 5 ft 5 in
WT: 145 lbs



DATE: September 20, 2007

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **October 4, 2007** AND RETURNING **October 11, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical check-up and annual physical examination at St. Luke's Hospital, Republic of the Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **You shall call your probation officer if you change accommodation/location.**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS

☐ APPROVED   ☐ DISAPPROVED