| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

| **Bernardo G. Dait, Jr.**<br>Criminal Case No. 06-00027-001<br>SS# XXX-XX-5635<br>DOB: XX-XX-1974<br>HT: 5 ft 5 in<br>WT: 145 lbs  | DATE: September 20, 2007 |
|---|---|

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Republic of the Philippines**

FROM **October 4, 2007** AND RETURNING **October 11, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical check-up and annual physical examination at St. Luke's Hospital, Republic of the Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **You shall call your probation officer if you change accommodation/location.**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME N/A
ADDRESS

[X] APPROVED  [ ] DISAPPROVED



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 25, 2007**